Ms. SHAWN BELL           complaint

v.

Bon Secours Hospital

The hospital sent the plaintiff
to Jessup, MD women prison
per CCDC guard Vivano without
going to court.

                Ms. SHAWN BELL
                P.O. Box 5789,
Aug 23 2016  Boston MA