IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHAWN BELL                         *
      Plaintiff,
v.                                 *   CIVIL ACTION NO. JFM-16-2995

BON SECOURS HOSPITAL               *
      Defendant.
                              *****

## ORDER

The complaint, transferred to this Court from the District of Massachusetts on or about August 29, 2016, invokes this court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 and seeks $100,000,000.00 in damages. ECF No. 1-1. In her one-page complaint Ms. Bell alleged that Bon Secours Hospital ("BSH") "sent the plaintiff to Jessup, Maryland Women's Prison per CCDC guard Vivano without going to court." ECF No. 1, p. 1. In her civil cover sheet, she accused BSH of negligence and malpractice. ECF No. 1-1.

On September 13, 2016, the court granted Ms. Bell leave to proceed in forma pauperis and afforded her an additional twenty-eight days to amend her complaint as directed. She was cautioned that her failure to file a timely and responsive amended complaint would result in the dismissal of the case without prejudice and without further notice from the court. ECF No. 11.

The requisite time has passed and Ms. Bell has not filed the court-ordered amended complaint. The Court has no alternative but to dismiss the case.

Accordingly, it is this 28th day of October, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The case is DISMISSED WITHOUT PREJUDICE for non-compliance with court order;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL MAIL a copy of this Order to Ms. Bell.

_____
J. Frederick Motz
United States District Judge